## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mat, Inc., a Minnesota corporation,

        Plaintiff,               Civil No. 07-3416 (RHK/RLE)

vs.                             **ORDER**

Profile Products, LLC, a Delaware corporation,

        Defendant.

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: July 24, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge